Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN LITTLE,<br><br>Defendant. | NO. MJ16-352<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. §§ 2252(a)(2) |

BEFORE, the Honorable Mary Alice Theiler, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Receipt of Child Pornography)

In or about March 2016, at Oak Harbor, within the Western District of Washington, and elsewhere, JOHN LITTLE did knowingly receive, and attempt to receive, visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, using any means and facility of interstate and foreign commerce and which images had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

COMPLAINT/LITTLE - 1
Case No. MJ16-352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | All in violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).
2 | And the Complainant states that this Complaint is based on the following
3 | information:
4 | I, Gregory Leiman, being first duly sworn on oath, depose and say:
5 | **I.   INTRODUCTION**
6 | 1. I am a Special Agent (SA) with the Federal Bureau of Investigation
7 | assigned to the Everett, Washington Resident Agency, Seattle, Washington field office. I
8 | am an investigative and law enforcement officer of the United States within the meaning
9 | of Title 18, United States Code, Section 2510(7). My duties as a Special Agent include
10 | the full time investigation of a wide range of federal criminal offenses, including
11 | investigations involving child exploitation violations pertaining to the illegal production,
12 | distribution, receipt, and possession of child pornography and material involving the
13 | sexual exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252(a), and 2252A(a).
14 | I have participated in the execution of previous search warrants which involved child
15 | exploitation and/or child pornography offenses and the search and seizure of computers
16 | and other digital devices. I have also had the opportunity to review examples of child
17 | pornography as defined by 18 U.S.C. § 2256.
18 | 2. As detailed below, based on my investigation and the investigation of other
19 | law enforcement officers, I submit there is probable cause to believe that JOHN LITTLE
20 | has committed the violations described above. In particular, the investigation has
21 | uncovered substantial evidence that in March 2016, JOHN LITTLE received and
22 | attempted to receive child pornography.
23 | 3. The facts set forth in this Complaint are based on my own personal
24 | knowledge; knowledge obtained from other individuals during my participation in this
25 | investigation, including other law enforcement officers; interviews of cooperating
26 | witnesses; review of documents and records related to this investigation; communications
27 | with others who have personal knowledge of the events and circumstances described
28 | herein; and information gained through my training and experience.

COMPLAINT/LITTLE - 2
Case No. MJ16-352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Because this Complaint is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to believe that JOHN LITTLE committed the offense charged in this Complaint.

## II.   PROBABLE CAUSE

5. On or about March 16, 2016, a father, hereinafter F1, and his thirteen-year-old daughter, hereinafter M.V., advised the Santa Fe County Sheriff's Office, hereinafter SFCSO, that in March 2016, M.V. had been self-producing child pornography and sending it to numerous individuals on the internet. M.V., using the KIK account "XXXXXXXXXXcute," communicated with a variety of individuals via the KIK messenger application. KIK messenger is an application available for download on mobile devices such as smartphones and tablets. The application allows individuals to establish user accounts and then exchange messages and files (such as photos and videos) over the Internet. KIK allows users to contact other users individually, as well as to post messages in public forums, chat in groups, and exchange messages and files with other KIK users.

6. During a forensic interview of M.V., M.V. acknowledged that she communicated on KIK with a man who identified himself as John and had a username of "hawks1709." M.V. told the forensic interviewer that John knew she was thirteen years old. M.V. also acknowledged having sexually explicit conversations with John, sending sexually explicit photos and videos of herself to John, and receiving digital files from John, to include several photos of his penis and face, and one video in which John is seen blowing a kiss. M.V.'s claims were verified with forensic computer analysis, described in greater detail below.

7. SFCSO obtained permission from F1 and M.V. to search M.V.'s iPhone. On or about March 30, 2016, SFCSO Detective Josh David used forensic computer software to analyze KIK Messenger chats between M.V. and an unknown KIK username,

COMPLAINT/LITTLE - 3  
Case No. MJ16-352

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

many of which occurred between March 6, 2016, and March 13, 2016. Detective David noted numerous sexually explicit messages, including pictures and videos M.V. sent to the unidentified KIK user. These images and videos depicted M.V. showing her breasts and vagina to the unidentified KIK user. Some of the videos depicted M.V. masturbating and inserting foreign objects into her vagina. Detective David also used additional forensic software to identify an image M.V. received on March 10, 2016, at approximately 5:33:06 PM. This image depicts a facial picture of a mustachioed Caucasian male, approximately fifty to fifty-five years old, wearing a Seattle Mariners baseball hat and sitting in a brown chair. Based on further investigation described below, I obtained driver's license information from the Washington Department of Licensing and confirmed that the individual in this photograph is JOHN CHARLES LITTLE. Detective David determined that the male in the aforementioned image was the same individual in another KIK image file named orig_hawks1709_r9e@talk.kik.kikcom. Detective David then navigated to the KIK Messenger section of the forensic program used to analyze M.V.'s iPhone and identified a recovered KIK username of "hawks1709" with a KIK ID of "hawks1709_r9e@talk.kik.com" and a display name of "JOHN #." Detective David was then able to determine the unknown username chat thread referenced above was in fact that of KIK username "hawks1709."

      8.    Pursuant to a Search Warrant executed on KIK for username "hawks1709," Detective David received and reviewed IP logs, and identified the following IP address: 76.28.242.19. This IP address was consistently used during the times and dates listed above while M.V. was chatting with and sending child pornography to the previously unidentified KIK user. Detective David used an open-source IP registry to trace the IP address 76.28.242.19 to Comcast, an internet service provider. On April 11, 2016, Comcast responded to a search warrant issued on the aforementioned IP address and confirmed that between March 9 and March 14, 2016, this IP address was used by Comcast subscriber John Little, service address 1121 SW Kaleeton Loop, Apt. 2, Oak

COMPLAINT/LITTLE - 4
Case No. MJ16-352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Harbor, Washington 98277-4583, telephone number 360-XXX-XXXX, e-mail user IDs JohnLittle2984@comcast.net, and hawks1709@comcast.net.

9. The following are excerpts from the chat exchanges described above that took place in March 2016 between M.V. and "hawks1709" and do not include the entire transcript. The chat logs contain some messages in the transcripts that do not contain any material except for a notation of an attached file. Based on my knowledge, training, and experience, "blank" messages often indicate that a file was transferred (a picture or video file for example). It is likely that the messages identified as "blank messages" contained picture or video files that were sent from the KIK user. Moreover, the participants in the chat conversations frequently allude to pictures and videos that were exchanged at the time the chats occurred. It should be further noted that M.V. deleted her chat conversations, which were later recovered with the aid of computer forensic software; as such, only the content of the conversations was recovered, and not the username that normally precedes each message entry. The identity of each sender may be reasonably inferred based on the overall context of the chat session, and on information M.V. disclosed during a forensic interview.

10. In addition, to M.V.'s own statements, the messages and images exchanged between "hawks1709" and M.V. further suggest that "hawks1709" was aware that M.V. was a minor. For example, during their discussions, M.V. discussed the fact that she was in school. She also stated that her parents maintained separate homes and that she spent time living with each. M.V. also stated that her mother planned to take her to work with her. Each of these suggests that M.V. was not an adult.

11. In addition, I saw the following two exchanges between M.V. and "hawks1709" that further underscore M.V.'s youth:

**March 6, 2016**

SENDER: You still talking to all the other guys

SENDER: I don't have that many anymore

SENDER: What happened?

COMPLAINT/LITTLE - 5
Case No. MJ16-352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | SENDER: Idk, I'm too young most of them said |
| 2 | **March 11, 2016** |
| 3 | SENDER: You leaving now? |
| 4 | SENDER: No I'm busy on here |
| 5 | SENDER: Doing what? |
| 6 | SENDER: Talking |
| 7 | SENDER: To who |
| 8 | SENDER: New guys from my post |
| 9 | SENDER: You getting naughty |
| 10 | SENDER: No I'm looking for BF |
| 11 | SENDER: Ok so taking applications lol |
| 12 | SENDER: Yup |
| 13 | SENDER: Good luck baby girl |
| 14 | SENDER: So many people can't read |
| 15 | SENDER: I put 13-15 and 23 yr old messages get me |
| 16 | SENDER: I know right |
| 17 | SENDER: It's stupid |
| 18 | SENDER: I have one application left |

12. As noted above, "hawks1709" received several pictures and videos from M.V. Based on my review of the photos and videos M.V. sent to "hawks1709," particularly photos in which M.V.'s face is visible, I would estimate that the person depicted is between thirteen and fifteen years old.

13. Among the images and videos sent to "hawks1709" were images and videos of a sexual nature, some of which were sent at "hawks1709's" behest. Using forensic software, Detective David was able to locate photographs and videos on M.V.'s iPhone that correspond to particular chat sessions, and provided copies of these files to me. I have reviewed that material and provide the following examples of exchanges

COMPLAINT/LITTLE - 6
Case No. MJ16-352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | between the two. (NOTE: Descriptions of these photographs and videos are interspersed
2 | with the chat transcript below.):

3 | **March 8, 2016**
4 | SENDER: He making you naughty things?
5 | SENDER: No
6 | SENDER: My daddy is though.
7 | SENDER: What is he making you do
8 | SENDER: Making me rub my pussy through my undies so he can get a wet
9 | spot
10 | SENDER: Nice. Is it wet yet?
11 | SENDER: Almost
12 | SENDER: Mmmmm
13 | SENDER: U horny?
14 | SENDER: A little bit but at work
15 | SENDER: Oh yea
16 | SENDER: I wish I wasn't
17 | SENDER: I'm wet
18 | SENDER: Tease lol
19 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one image depicting
20 | what appears to be M.V. in a pair of panties with a wet spot]
21 | SENDER: .
22 | SENDER: [BLANK MESSAGE WITH ATTACHMENT: one image depicting
23 | what appears to be M.V.'s exposed vagina]
24 | SENDER: Mmmmm
25 | SENDER: U want it bad don't u
26 | SENDER: Yes
27 | SENDER: R u hard
28 | SENDER: No, would be awkward at work

COMPLAINT/LITTLE - 7
Case No. MJ16-352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 1 | SENDER: True |
| 2 | SENDER: Puts a smile on my face though |
| 3 | SENDER: Awe |
| 4 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one image of |
| 5 | M.V.'s exposed breasts and vagina] |
| 6 | SENDER: Bigger smile |
| 7 | SENDER: Mmm |
| 8 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one video depicting |
| 9 | M.V. inserting fingers into her vagina] |
| 10 | SENDER: Biggest smile? |
| 11 | SENDER: Yep |
| 12 | SENDER: You're such a naughty little slut |
| 13 | **March 9, 2016** |
| 14 | SENDER: You ever tried anything besides your brush |
| 15 | SENDER: Yeah yesterday for my boyfriend and put a multicolored pen cap in |
| 16 | me it was as big as the brush handle |
| 17 | SENDER: Let me forward you a pic of it |
| 18 | SENDER: K |
| 19 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one photograph of a |
| 20 | pink pen and pen cap] |
| 21 | SENDER: It's at my dad's house |
| 22 | SENDER: Did you like it |
| 23 | SENDER: Yea |
| 24 | SENDER: Look around your moms house |
| 25 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one video depicting |
| 26 | M.V. inserting pen into her vagina] |
| 27 | SENDER: That's from yesterday |
| 28 | SENDER: Found something |

1. SENDER: True
2. SENDER: Puts a smile on my face though
3. SENDER: Awe
4. SENDER: [BLANK MESSAGE WITH ATTACHMENT; one image of
5. M.V.'s exposed breasts and vagina]
6. SENDER: Bigger smile
7. SENDER: Mmm
8. SENDER: [BLANK MESSAGE WITH ATTACHMENT; one video depicting
9. M.V. inserting fingers into her vagina]
10. SENDER: Biggest smile?
11. SENDER: Yep
12. SENDER: You're such a naughty little slut
13. **March 9, 2016**
14. SENDER: You ever tried anything besides your brush
15. SENDER: Yeah yesterday for my boyfriend and put a multicolored pen cap in
16. me it was as big as the brush handle
17. SENDER: Let me forward you a pic of it
18. SENDER: K
19. SENDER: [BLANK MESSAGE WITH ATTACHMENT; one photograph of a
20. pink pen and pen cap]
21. SENDER: It's at my dad's house
22. SENDER: Did you like it
23. SENDER: Yea
24. SENDER: Look around your moms house
25. SENDER: [BLANK MESSAGE WITH ATTACHMENT; one video depicting
26. M.V. inserting pen into her vagina]
27. SENDER: That's from yesterday
28. SENDER: Found something

COMPLAINT/LITTLE - 8
Case No. MJ16-352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one video of an |
| 2 | unknown pink object] |
| 3 | SENDER: Supposed to be just a pic |
| 4 | SENDER: How big is it |
| 5 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one photograph of |
| 6 | M.V. holding fingers, presumably to indicate the size of the above mentioned |
| 7 | object] |
| 8 | SENDER: Look around for bigger |
| 9 | SENDER: K |
| 10 | SENDER: Maybe she has a toy hidden |
| 11 | SENDER: No we r Christians |
| 12 | SENDER: Ok |
| 13 | SENDER: Found something |
| 14 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one photograph of |
| 15 | M.V. holding a baby bottle] |
| 16 | SENDER: Mmmm |
| 17 | SENDER: Which way in first |
| 18 | SENDER: Big end |
| 19 | SENDER: K |
| 20 | SENDER: I can't get it in |
| 21 | SENDER: Are you wet |
| 22 | SENDER: Yea |
| 23 | SENDER: This is as far in as it gets |
| 24 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one photograph of |
| 25 | M.V. inserting the bottle into her vagina] |
| 26 | SENDER: Play and make yourself wetter |
| 27 | SENDER: I am wet |
| 28 | SENDER: Keep playing |

COMPLAINT/LITTLE - 9
Case No. MJ16-352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | SENDER: It's too big |
| 2 | SENDER: Does it feel good |
| 3 | SENDER: No it hurts |
| 4 | **March 11, 2016** |
| 5 | SENDER: I'm naked |
| 6 | SENDER: Mmmmm |
| 7 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one image depicting |
| 8 | M.V.'s breasts and vagina] |
| 9 | SENDER: Sexy as hell |
| 10 | SENDER: Mmm thx |
| 11 | SENDER: . |
| 12 | SENDER: [BLANK MESSAGE WITH ATTACHMENT; one video depicting |
| 13 | M.V. rubbing her vagina] |
| 14 | SENDER: Rub that clit |

14. On July 27, 2016, I obtained a federal search warrant for JOHN LITTLE's residence and person, which was executed on August 4, 2016. During the execution of this search warrant, JOHN LITTLE was advised of his *Miranda* rights and agreed to waive those rights and be interviewed. Among other things, LITTLE confirmed that the username "hawks1709" was the profile name he used for online dating. When asked if he used that particular username on KIK, he stated that was also likely his username. LITTLE confirmed that he had used KIK and that he had had sexually explicit conversations with individuals he knew or had reason to know were minors. Although LITTLE did not specifically recall any conversations with M.V., when confronted with sample exchanges between the two, LITTLE characterized the conversations as consistent with those he would have when using KIK.

COMPLAINT/LITTLE - 10
Case No. MJ16-352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

15. Based on the above facts, I respectfully submit that there is probable cause to believe that JOHN LITTLE did knowingly and intentionally receive child pornography in violation of Title 18, United States Code, Sections 2252(a)(2).

_____
Gregory Leiman, Complainant
Special Agent, Federal Bureau of Investigation

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this __5__ day of August, 2016.

_____
MARY ALICE THEILER
United States Magistrate Judge

COMPLAINT/LITTLE - 11
Case No. MJ16-352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970